IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SHEILA HURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 1:20-cv-00850-KRS-GBW |
| ) | |
| STEPHANIE A. FUCHS, JEFFREY S. ) | |
| SMITH, JENNIFER FELLABAUM, ) | |
| ANDREW SAUL, Commissioner of the Social ) | |
| Security Administration, and THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CAROL ZIGLAR-LOVE

I, Carol Ziglar-Love, Human Resources (HR) Specialist, Center for Human Resources, Social Security Administration (SSA) Region VI, Dallas, Texas, declare and state as follows:

1. I am the staffing specialist who has access to, and has examined, Sheila Hurley's (Plaintiff's) employment information contained in her personnel file and her official Notifications of Personnel Action (SF-50s). *See* Excerpts of Personnel File, attached hereto as Exhibit A1. Plaintiff's personnel file, particularly her SF-50s, include information relating to her salary, and dates of service in her position, as an Attorney Adviser in the Albuquerque Office of Disability Adjudication and Review, now known as the Office of Hearings Operations (OHO).

2. Plaintiff was hired into the position of Attorney Adviser, GS-12, in the Albuquerque OHO on August 6, 2017. *See id.* at 1.

3. Plaintiff's annual salary as of August 6, 2017, was $72,356.00. *See id.*

4. Effective January 7, 2018, Plaintiff received a salary increase, which increased her annual salary from $72,356.00 to $73,623.00. *See id.* at 2.

**Declaration of Carol Ziglar-Love – Page 1**



5. Effective August 5, 2018, Plaintiff received another salary increase, which increased her annual salary from $73,623.00 to $76,077.00. *See id*. at 3.

6. Effective January 6, 2019, Plaintiff received a third salary increase, which increased her annual salary from $76,077.00 to $77,436.00. *See id*. at 4.

7. Plaintiff's annual salary as of April 19, 2019, at the time she resigned from her position as an Attorney Adviser, was $77,436.00. *See id*. at 5.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

01/06/2021
Date

//Carol Love//
Carol Ziglar-Love
HR Specialist
Center for Human Resources
Social Security Administration, Region VI
Dallas, Texas

**Declaration of Carol Ziglar-Love – Page 2**