Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HURLEY, SHEILA MARIE | ■■■ | ■■■ | 08/06/17 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 08-05-19 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| WDM | SCH A, 213.3102(D) |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01          0672610

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | GS | 0905 | 12 | 01 | $ 72356 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
|  |  |  |  | $ 62722 | $ 9634 | $ 72356 | $ 0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
DISAB ADJUDN & REVW
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point Compensable, 5-10-Point Other, 6-10-Point/Compensable/30% | 3 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite |  | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 — BASIC ONLY | 9 — NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF — FERS-FRAE & FICA | 08/06/17 | F — FULL-TIME |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N — E-Exempt, N-Nonexempt | 4001077 | 2447 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 35-0030-001 | ALBUQUERQUE, BERNALILLO, NEW MEXICO |

| 40. Agency Data FUNC CLS 00 | 41. VET-STAT X | 42. EDUC LVL 15 | 43. SUPV STAT 8 | 44. POSITION SENSITIVITY NONSENSITIVE/LOW RI |
|---|---|---|---|---|

**45. Remarks**
REMARKS CONTINUED
AND INQUIRY.
EMPLOYEE HAS RECEIVED A COPY OF THE STANDARDS OF ETHICAL CONDUCT
YOU ARE NOT AUTHORIZED TO WORK NOR WILL YOU RECEIVE ANY SALARY PAYMENT
BEYOND 08/05/19 UNLESS YOU RECEIVE ANOTHER NOTICE EXTENDING YOUR APPT;
APPOINTMENT IS SUBJECT TO COMPLETION OF TWO YEAR TRIAL PERIOD
BEGINNING 08-06-17.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.
FROZEN SERVICE NONE
SELECTED FROM DIRECT HIRE ROSTER          , DATED 07/12/17.
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.

Exhibit A1

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | VICKI A. MATHEWS DIRECTOR, HUMAN RESOURCES 171471757 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1164 | 08/04/17 |

3 - Utility Copy

Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HURLEY, SHEILA MARIE | [redacted] | [redacted] | 01/07/18 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | GEN ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| QWM | REG 531.207 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| ZLM | E.O. 13819 DATED 12/22/17 |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

**7. FROM: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01    0672610

**15. TO: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01    0672610

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0905 | 12 | 01 | $72356 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $62722 | $9634 | $72356 | $0 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0905 | 12 | 01 | $73623 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $63600 | $10023 | $73623 | $0 |

**14. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

**22. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None 2-5-Point 3-10-Point/Disability 4-10-Point Compensable 5-10-Point Other 6-10-Point/Compensable/30% | 3 — 0-None 1-Permanent 2-Conditional 3-Indefinite |  | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0  BASIC + OPTIONAL(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | 08/06/17 | F  FULL-TIME |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service 2-Excepted Service 3-SES General 4-SES Career Reserved | N — E-Exempt N-Nonexempt | 4001077 | 2447 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 35-0030-001 | ALBUQUERQUE, BERNALILLO, NEW MEXICO |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV STAT | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| FUNC CLS 00 | X | 15 | 8 | NONSENSITIVE/LOW RI |

**45. Remarks**
SALARY INCLUDES A GENERAL INCREASE OF 1.4 PERCENT AND, IF APPLICABLE, A LOCALITY PAYMENT/SUPPLEMENTAL RATE (OR OTHER GEOGRAPHIC ADJUSTMENT) FOR THIS AREA.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | AUTHORIZING OFFICIAL  180299578 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1164 | 01/07/18 |

3 - Utility Copy

Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HURLEY, SHEILA MARIE | ███ | ███ | 08/05/18 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 893 | REG WRI |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Q7M | REG 531.404 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

**7. FROM: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01     0672610

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0905 | 12 | 01 | $73623 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $63600 | $10023 | $73623 | $0 |

**14. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

**15. TO: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01     0672610

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0905 | 12 | 02 | $76077 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $65720 | $10357 | $76077 | $0 |

**22. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 3 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite |  | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0 — BASIC + OPTIONAL(1X) | 9 — NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF — FERS-FRAE & FICA | 08/06/17 | F — FULL-TIME |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N — E-Exempt, N-Nonexempt | 4001077 | 2447 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 35-0030-001 | ALBUQUERQUE, BERNALILLO, NEW MEXICO |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV STAT | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| FUNC CLS 00 | X | 15 | 8 | NONSENSITIVE/LOW RI |

**45. Remarks**
DATE OF LAST EQUIVALENT INCREASE 08/06/17.
WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.
CURRENT DATE OF LAST EQUIVALENT INCREASE 08-05-18.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | VICKI A. MATHEWS<br>DIRECTOR, HUMAN RESOURCES<br>181516130 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1164 | 08/03/18 |

3 - Utility Copy

Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HURLEY, SHEILA MARIE | ■■■ | ■■■ | 01/06/19 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | GEN ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| QWM | REG 531.207 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| ZLM | E.O. 13866 DATED 03/28/19 |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01    0672610

**15. TO: Position Title and Number**
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F6Z01    0672610

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0905 | 12 | 02 | $76077 | PA | GS | 0905 | 12 | 02 | $77436 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $65720 | $10357 | $76077 | $0 | $66640 | $10796 | $77436 | $0 |

**14. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

**22. Name and Location of Position's Organization**
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 | 1 - None  2 - 5-Point | 3 - 10-Point/Disability  4 - 10-Point Compensable | 5 - 10-Point Other  6 - 10-Point/Compensable/30% | 3 | 0 - None  1 - Permanent | 2 - Conditional  3 - Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0  BASIC + OPTIONAL (1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | 08/06/17 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career Reserved | N  E - Exempt  N - Nonexempt | 4001077 | 2447 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 35-0030-001 | ALBUQUERQUE, BERNALILLO, NEW MEXICO |

| 40. Agency Data  FUNC  CLS  00 | 41. VET-STAT  X | 42. EDUC LVL  15 | 43. SUPV STAT  8 | 44. POSITION SENSITIVITY  NONSENSITIVE/LOW RI |
|---|---|---|---|---|

**45. Remarks**
SALARY INCLUDES A GENERAL INCREASE OF 1.4 PERCENT AND, IF APPLICABLE, A LOCALITY PAYMENT/SUPPLEMENTAL RATE (OR OTHER GEOGRAPHIC ADJUSTMENT) FOR THIS AREA.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | LYDIA C. MARSHALL  ASSOC COMM, OFFICE OF PERSONNEL  190693397 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1164 | 04/04/19 |

3 - Utility Copy

Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HURLEY, SHEILA MARIE | [redacted] | [redacted] | 04/19/19 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 317 | RESIGNATION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| RUM | REG 715.202 OTHER |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
ATTORNEY-ADVISER
ATTORNEY-ADVISER
TLB-F5Z01    0672610

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0905 | 12 | 02 | $77436 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $66640 | $10796 | $77436 | $0 |

14. Name and Location of Position's Organization
HEARINGS OPERATIONS
OFC CHF ADMINV LAW JUDGE
OFC REGNL CHF ADMINV LAW JUDGE
RGNL CHF ADMINV LAW JUDGE (DALL)
HRG OFC, ALBUQUERQUE, NM

15. TO: Position Title and Number

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point Compensable, 5-10-Point Other, 6-10-Point/Compensable/30% | 3 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0  BASIC + OPTIONAL(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | 08/06/17 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N — E-Exempt, N-Nonexempt | 4001077 | 2447 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 35-0030-001 | ALBUQUERQUE, BERNALILLO, NEW MEXICO |

| 40. Agency Data  CLS | 41. VET-STAT  X | 42. EDUC LVL  15 | 43. SUPV STAT  8 | 44. POSITION SENSITIVITY  NONSENSITIVE/LOW RI |
|---|---|---|---|---|
| FUNC 00 | | | | |

45. Remarks
FORWARDING ADDRESS: [redacted] 5071
EMPLOYEE GAVE NO REASON FOR RESIGNATION.
SINCE THE REASON FOR SEPARATION IS GENERALLY DISQUALIFYING, THIS DEPARTMENT
WILL APPEAL ANY AWARD OF UNEMPLOYMENT COMPENSATION BENEFITS.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS
DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY
(NONGROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MONTHS.
SF-2810 AND SF-2821 ISSUED.
SF-293 ISSUED.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | CAROLYN M JACKSON  DEPUTY CTR DIRECTOR, HUMAN RESOURCES  190983825 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SZ00 | 1164 | 04/19/19 |

3 - Utility Copy