UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



SHEILA HURLEY,

    Plaintiff,

    vs.

Case No. 20 CV 00850 KRS GBW

STEPHANIE A. FUCHS, JEFFREY S. SMITH, JENNIFER FELLABAUM, ANDREW SAUL as COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION, and the SOCIAL SECURITY ADMINISTRATION.

### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS; ORDER

    Plaintiff, Pro Se and Defendants Andrew Saul as Commissioner of the Social Security Administration and the Social Security Administration by and through their counsel hereby stipulate that Plaintiff's time to respond to Defendant's Motion to Dismiss be extended to and through Wednesday, February 10, 2021.

    The Response is due on January 27, 2021 and the additional two weeks' time permits the Plaintiff time to draft and file the response and to propose an initial, pre-litigation settlement to resolve the dispute. A proposed Order accompanies this motion.

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANTS ANDREW SAUL and SOCIAL SECURITY ADMINISTRATION |
|---|---|
| Sheila Hurley, Pro Se<br>P.O. Box 25071<br>Albuquerque, New Mexico 87125<br>845-663-3029<br>sheilahurleyesq@gmail.com | /s/ Christine H. Lyman<br>Christine H. Lyman<br>Assistant. U.S. Attorney<br>P.O. Box 607<br>Albuquerque, New Mexico 87103<br>505-224-1532<br>christine.lyman@usdoj.gov |

Certificate of Service
I hereby certify that on January 26, 2021 I served the foregoing pleading by email to Christine Lyman, Esq. and filed the papers with the Court for the electronic record, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.
/s/ Sheila Hurley 1/26/21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHEILA HURLEY,

    Plaintiff,

vs.

Case No. 20 CV 00850

STEPHANIE A. FUCHS, JEFFREY S. SMITH,
JENNIFER FELLABAUM, ANDREW SAUL as
COMMISSIONER of the SOCIAL SECURITY
ADMINISTRATION, and the SOCIAL SECURITY
ADMINISTRATION.

---

ORDER EXTENDING TIME FOR PLAINTIFF TO
TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS

Upon consideration of the stipulation filed by the parties, it is ORDERED that Plaintiff's time to respond to Defendants' Motion to Dismiss is extended to and through Wednesday, February 10, 2021;

_____
U.S. DISTRICT JUDGE

Dated: _____