IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHEILA HURLEY

    Plaintiff,

v.                                                  Civ. No. 20-850 KG/GBW

STEPHANIE A. FUCHS, KILOLO KIJAKAZI,[1]
and SOCIAL SECURITY ADMINISTRATION,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

THIS MATTER comes before the Court on Defendants' Motion to Vacate Settlement Conference.  *See doc. 33*.  Defendants request the Court to vacate the settlement conference set for May 20, 2022, *see doc. 29*, due to Plaintiff's purported failures to send them a demand letter by the May 2, 2022, deadline for doing so, and respond to discovery requests served on February 18, 2022, *see doc. 31*.  *See doc. 33*.  Plaintiff opposes the Motion.  *See id.* at ¶ 8.  The Court will set an expedited briefing schedule on this Motion.  IT IS HEREBY ORDERED that Plaintiff's response is due by **May 5, 2022**.

    **IT IS SO ORDERED.**

                                                       _____
                                                       GREGORY B. WORMUTH
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is automatically substituted for Andrew Saul as defendant in this matter.